■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL GUERRERO, Appellant. [738 NYS2d 848] —Judgment, Supreme Court, Bronx County (Lawrence Bernstein, J.), rendered March 23, 1998, convicting defendant, after a jury trial, of attempted murder in the second degree and criminal possession of a weapon in the second degree, and sentencing him, as a second felony offender, to concurrent terms of 10 to 20 years and 5 to 10 years, respectively, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. Issues of credibility, including the weight to be given the backgrounds of the People's witnesses, were properly considered by the trier of facts and there is no basis upon which to disturb its determinations (see, People v Gaimari, 176 NY 84, 94). Concur—Tom, J.P., Mazzarelli, Rosenberger, Wallach and Marlow, JJ.